IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 1:12CR049-SA

GENORRIS DERRELL FREEMAN  DEFENDANT

### ORDER GRANTING MOTION FOR RELEASE OF BOND

Presently before the Court is the Motion For Release of Bond [50] posted on the Defendant's behalf. The Government does not oppose the motion. Upon due consideration, and in light of the unopposed nature of the motion, the Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1) the Motion For Release of Bond [50] is GRANTED; and

2) the Clerk of the Court shall remit all funds used as security for this Defendant, $1,000.00, to Lisa Carothers Fields at the mailing address provided.

SO ORDERED this 18th day of July, 2017.

Sharion Aycock
U.S. DISTRICT JUDGE